# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2015

### NO. 03-15-00279-CV

**City of Houston, Appellant**

**v.**

**Ken Paxton, Attorney General of Texas, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on April 15, 2015. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.